UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. FRIDMAN, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:20-cv-452 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| GRETCHEN WHITMER, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 20), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

**Date:**  January 29, 2021                    /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge